**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re:  JOHN ROBERTSON                                    Case Number: 04-72063
        1423 STRATFORD AVENUE           SSN-xxx-xx-6244
        ROCKFORD, IL  61107

                                                    Case filed on:      4/15/2004
                                                    Plan Confirmed on:  9/10/2004

                          C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $8,050.00         Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 008 | FORD MOTOR CREDIT COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | FORD MOTOR CREDIT CORP | 220.73 | 220.73 | 220.73 | 1,718.42 |
| 002 | JP MORGAN | 13,157.88 | 4,108.20 | 3,805.95 | 0.00 |
| 004 | HOMECOMINGS FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 13,378.61 | 4,328.93 | 4,026.68 | 1,718.42 |
| 001 | FORD MOTOR CREDIT CORP | 8,221.41 | 8,221.41 | 0.00 | 325.50 |
| 003 | JP MORGAN CHASE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | CORUS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | RITA BRIMLOW | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | TEXAS GUARANTEED STUDENT LOAN CORP | 1,693.89 | 1,693.89 | 0.00 | 0.00 |
|  | Total Unsecured | 9,915.30 | 9,915.30 | 0.00 | 325.50 |
|  | Grand Total: | 24,657.91 | 15,608.23 | 5,390.68 | 2,043.92 |

Total Paid Claimant:   $7,434.60
Trustee Allowance:     $615.40          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:   0.00          discharging the trustee and the trustee's surety from any and all
                                        liablility on account of the within proceedings, and closing the estate,
                                        and for such other relief as is just.  Pursuant to FRBP, I hereby
                                        certify that the subject case has been fully administered.

Report Dated:

                                          /s/ Lydia S. Meyer
                                        Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 05/24/2006          By  /s/Heather M. Fagan